UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVERARDO HINOJOSA, et al., <br><br> Defendants. | No. C 11-3813 YGR (MEJ) <br><br> **ORDER RE: PROPOSED FINDINGS DEADLINE** |

On January 31, 2012, the Clerk of Court issued a Notice scheduling this matter for a hearing on Plaintiff's motion for default judgment. As the notice did not include a deadline for the filing of Plaintiff's proposed findings of fact and conclusions of law, Plaintiff is hereby advised that the deadline is March 22, 2012.

**IT IS SO ORDERED.**

Dated: February 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge