**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **INNOVATIVE SPORTS MANAGEMENT, INC.,**<br><br>  **Plaintiff,**<br><br>  vs.<br><br>**EVERARDO HINOJOSA *et al.*,**<br><br>  **Defendants.** | Case No.: 11-CV-03813 YGR<br><br>**FINAL DEFAULT JUDGMENT** |

The Court granted Plaintiff's Motion for Entry of Default Judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of Plaintiff Innovative Sports Management, Inc. and against Defendants Everardo Hinojosa, individually and d/b/a La Cabana, and EH & BG Investments, Inc. on Counts II and III of the Complaint for violation of 47 U.S.C. § 553 and conversion, jointly and severally in the amount of **$7,364.00**, consisting of $4,500 in damages ($1,000 in statutory damages, $2,500 in enhanced damages, and $1,000 for conversion damages), $2,369.25 in attorneys' fees, and $494.75 in costs.

Counts I and IV of the Complaint for violations of 47 U.S.C. § 605 and California Business and Professions Code § 17200 are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Date: September 7, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**